# United States Court of Appeals
## For The Eighth Circuit

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 25, 2022

Mr. Edgar Vernell Futrell
9738 Duke Drive
Saint Louis, MO  63136

RE:  22-2177  Edgar Futrell v. John Hayden, et al

Dear Mr. Futrell:

Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

Michael E. Gans
Clerk of Court

CRJ

Enclosure(s)

cc:     Mr. Gregory J. Linhares

District Court/Agency Case Number(s):   4:22-cv-00256-RWS

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-2177
_____

Edgar Vernell Futrell

Plaintiff - Appellant

v.

Chief John Hayden, St. Louis City Metro Police Department; Police Officer Aboubmkr Omar Ahmad; Officer Deonte E. Hill; Officer Nathanial Talley; Det. Adam Notch; Tonya Porter, St. Louis Metropolitan Police Department Internal Affairs Divison & Civillian Oversight Board

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-00256-RWS)

_____

## JUDGMENT

Before BENTON, SHEPHERD, and ERICKSON, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

Appellant's motion to proceed on appeal in forma pauperis is granted.

July 25, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans